FILED _____ LODGED
RECEIVED _____ COPY

SEP 2 5 2007

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 07-428 TUC JMR (HCE) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| EDGAR TAPIA, | ) | |
| | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated September 5, 2007.

DATED this 25th day of September, 2007.

John M. Roll
Chief United States District Judge

9/25/07 hd
Copies Distributed